# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

_Lawrence Harris_
_____
Plaintiff

vs.

_Oklahoma City Blue_
_____
_____
_____
_____
Defendant(s)

**16 CV - 629 CVE - FHM**

Case Number:
(To be supplied by Court Clerk)

# FILED

OCT · 6 2016

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| Current Location (including Address) of Confinement : | Prisoner Number: |
|---|---|
|  |  |

## CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

**A.    Parties**

1) _Lawrence Harris_ is a citizen of _Oklahoma_ who presently resides at
   (Plaintiff)                                           (State)

_Tulsa Oklahoma General dl 74103_
(Mailing address or place of confinement)

2)   Defendant _Oklahoma City Blue_ is a citizen of _Tulsa_,
                (Name of first defendant)                    (City, State)

and is employed as _____.
                        (Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of
state law? ☑ Yes ☐ No

If your answer is yes, briefly explain: _I was a Citize_
_at The Time_

3)   Defendant _Oklahoma City Blue_ is a citizen of _Oklahoma_,
                (Name of second defendant)                    (City, State)

and is employed as _Organazational Personel_.
                        (Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of
state law? ☑ Yes ☐ No

If your answer is yes, briefly explain: _____

_____

*[You may attach one additional page (8 ½" x 11") to furnish the above information for additional defendants.]*

**B.    Jurisdiction**

1)   Jurisdiction is asserted pursuant to: (Check one)

☐    42 U.S.C. §1983 (applies to state prisoners)

☐    Bivens *v Six Unknown Named Agents of Fed. Bureau of Narcotics*
403 U.S. 388 (1971) and 28 U.S.C. §1331 (applies to fed. prisoners)

2)   Jurisdiction also is invoked pursuant to 28 U.S.C. §1343(a)(3).  (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

*Federal or State Court Subject Matter Jurisdiction*

**C.    Nature of Case**

1)   Briefly state the background of your case.   *Harrassment*

*Come False Advertisement*

**D.    Cause of Action**

1)   I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: *[If necessary, you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.]*

a)       (1) Count I:   _____

_____

(2) Supporting Facts:  (Include all facts you consider important, including names of persons involved, places and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

*harrassment i was given 50 of my Try out money back Come harrassment.*

b)       (1) Count II:   _____

_____

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

_____

_____

_____

c)      (1) Count III: _____

_____

_____

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

_____

_____

_____

E.    **Request for Relief**

1) I believe that I am entitled to the following relief: ___75,000___

Come harrass ment

_____

_____    _____
Original Signature of Attorney (if any)          Original Signature of Plaintiff

General dl
Tulsa OK 74103

_____
_____
_____
Attorney's full address and telephone number

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct.  28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at ___Tulsa Federal Court___ on ___10-6-16___.

                    (Location)                                          (Date)

_____
(Original Signature of Plaintiff)

ARE YOU A LEGAL PROFESSIONAL?
Visit Our Professional Site
(http://lp.findlaw.com/)

Learn About the Law (http://public.findlaw.com)   Find a Lawyer (http://lawyers.findlaw.com)   FindLaw Answers (http://answers.findlaw.com)

Search FindLaw [ Search ]

FindLaw (http://www.findlaw.com) » Learn About The Law (http://public.findlaw.com/) » Litigation and Appeals (http://litigation.findlaw.com/) » Filing a Lawsuit (http://litigation.findlaw.com/filing-a-lawsuit.html) » Federal or State Court: Subject Matter Jurisdiction

You already like our content so why not **like us on Facebook?**   FindLaw. For Consumers   🖒 Like

# Federal or State Court: Subject Matter Jurisdiction

[ 94 ]   [ 74.4K ]

📄 Download article as a PDF (http://files.findlaw.com/pdf/litigation/litigation.findlaw.com_filing-a-lawsuit_federal-or-state-court-subject-matter-jurisdiction.pdf)

## Federal or State Court Subject Matter Jurisdiction

This article aims to give you the information you need to figure out whether you should file your case in federal or state court.

Jurisdiction, put simply, is a fancy word that encompasses a court's power or authority to hear a case. Both federal and state laws, as well as the constitutions of the United States and every single state, have rules concerning the power of federal and state courts to hear cases. These laws and constitutions also limit those courts' power to hear cases.

 🖒 Like  You already like our content so why not **like us on Facebook?**  FindLaw. For Consumers

Jurisdiction is important because if a court does not have jurisdiction over a case, it does not have the legal authority to pass judgment on the case. In order for a court to make a binding judgment on a case, it must have both subject matter jurisdiction (the power to hear the type of case) as well as personal jurisdiction (http://litigation.findlaw.com/filing-a-lawsuit/personal-jurisdiction-how-to-determine-where-a-person-can-be.html) (the power over the parties to the case).

## What happens if you file in the wrong court

If you end up filing your case in the wrong court, the defendant may get the case removed from the court you choose to a proper court. This court may be in a place that is less favorable to the outcome you desire, or it may be so far away that it becomes inconvenient for you to litigate. In addition, the defendant, instead of just moving the case, may end up getting the case dismissed altogether.

Although changing courts may only mean another 15 minute drive for you on the way to trial, you still must keep in mind that you have to refile your case in the proper court. If you filed your initial case well within the statue of limitations (the time limit you have in which to file a case), then you should have no problems filing your case in the proper court. If the statute of limitations ends before you have a chance to refile your case in the proper court, however, the defendant may be able to get your case dismissed before you ever have the chance to argue your side.

## Jurisdiction of the Federal Courts

In almost all situations, if you have a lawsuit to file, you will likely be filing your case in a state court close to you. Federal courts have subject matter jurisdiction over only two types of cases.

### Federal Question cases Cases that arise under a federal law

Federal courts have original subject matter jurisdiction over all cases that arise

## Find Litigation & Appeals Lawyers Near You

Legal Issue:
(http://lawyers.findlaw.com/lawyer/practice.jsp)

[ How to Sue ▾ ]

Location:
(http://lawyers.findlaw.com/lawyer/state.jsp)

[                    ]

[ **Find Lawyers** ]

### Popular Directory Searches

- Litigation & Appeals Lawyers (http://lawyers.findlaw.com/lawyer/practice/Litigation-&-Appeals)
- Accident & Injury Lawyers (http://lawyers.findlaw.com/lawyer/practice/Personal-Injury-Plaintiff)
- Business Litigation Attorneys (http://lawyers.findlaw.com/lawyer/practice/Litigation-&-Appeals)
- Employee Rights Lawyers (http://lawyers.findlaw.com/lawyer/practice/Employme Law----Employee)

## Filing a Lawsuit

Attorneys and Fees (http://litigation.findlaw.com/filing-a-lawsuit/attorneys-and-fees.html)

Civil Court Cases (http://litigation.findlaw.com/filing-a-lawsuit/civil-court-cases.html)

How to Sue (http://litigation.findlaw.com/filing-a-lawsuit/how-to-sue.html)

 No. 1 - Tie your shoe and go to the ZOO

under (are based upon) any federal law. Here are some examples to clarify:



- Filing a lawsuit against a police officer and a police department for violating a federal civil rights law that allows citizens that have been wrongfully arrested to collect civil damages.
- You file a lawsuit alleging that a competing company has made a product that infringes upon your patent. Patents are a creation of federal law, so you may file your suit in federal court.
- A growing small business sues a large company for engaging in unfair and anti-competitive business practices under federal antitrust laws.
- An organization devoted to handicapped individuals sues a public establishment for failing to have any handicap accessible entrances under the Americans with Disabilities Act.

**Diverse Citizenship of the Parties**

Federal courts also have subject matter jurisdiction over cases in which the parties to the lawsuit are citizens of different states, either foreign or domestic, and there is at least $75,000 at stake in the lawsuit. If the parties to the lawsuit are diverse in their citizenship, and the amount in controversy is satisfied, then the actual subject matter of the case does not matter. Here are some examples in which a federal court could hear a case based upon diversity of citizenship:

- A citizen of California is injured in an automobile accident by a man who is a citizen of Utah. In his complaint, the California man asks for $100,000 in money damages. This case could be filed in federal court in either California or Utah.
- A business owner in Texas files a breach of contract suit against another business owner in Minnesota for failing to perform on the contract which caused $250,000 in damages.
- A Washington state man files a defamation suit against an Alaskan citizen for printing defamatory statements that ruined the Washington state man's career, causing him $375,000 in damages.

**There must be complete diversity**.

In order for a party to file a lawsuit under diversity of citizenship subject matter jurisdiction in federal court, complete diversity must exist between all parties. This means that no two plaintiffs or defendants can be citizens of the same state.

If complete diversity does not exist, then the case cannot be filed in federal court under diversity subject matter jurisdiction. For the purposes of determining citizenship, an individual is a citizen of the state in which they maintain a primary residence, and an individual can only be a citizen of one state at a time.

The rules of citizenship are different for businesses and corporations. A corporation can be a citizen of two states simultaneously. A corporation is considered to be a citizen of the state in which it is incorporated, as well as the state in which it has its primary place of business.

Here are some examples to help clarify what is meant by complete diversity:

- Adam is a citizen of Alabama and wants to sue Grassland Corp. Grassland is incorporated in New York and has its primary place of business selling grass seed in Alabama. Adam cannot use diversity jurisdiction to get into federal court because both he and Grassland Corp. are citizens of Alabama.
- Carl, a California citizen, was injured in a car accident that was caused by two other drivers, Doug, a Delaware citizen, and Catherine, a California citizen. Carl cannot sue in federal court because complete diversity does not exist among all the parties to the lawsuit.

Carl can sue in state court for his injuries, however. State courts almost always have the power and authority to hear cases that revolve around events that occurred within its borders. In addition, state courts generally have subject matter jurisdiction in cases where the defendants are served or reside within the state's borders.

Unless your case deals with one of the limited federal question cases, you will most likely be litigating in state court. State courts, in general, hear many more cases per year that similarly situated federal courts. State courts hear the cases that are most frequently filed, like personal injury, insurance, landlord/tenant, adoption and more.

- Mary, a Minnesota citizen, is injured by a faulty piece of equipment that was made by FixItUp Corp, a corporation that is incorporated in Delaware and has its principal place of business in Oklahoma. Because all parties to the lawsuit are diverse, Mary can file in federal court under diversity jurisdiction so long as she is suing for at least $75,000.

### Filing in either State or Federal Court: When you can choose

Most lawsuits that can be filed in federal court can also be filed in state court. There are only a few types of cases that federal courts have exclusive subject matter jurisdiction over, such as patent infringement and federal tax cases.

Because of this, plaintiffs that have the option of suing in federal court by taking advantage of diversity jurisdiction also have the option of filing in state court. Attorneys and lawyers often take advantage of this system and select the most favorable court for the lawsuit, a practice known as "forum shopping."

Lawyers for plaintiffs often consider many factors when choosing which court to file their client's case in. Attorneys will consider the geographic location of the court, and may file lawsuits in a state court simply because it is much closer than the nearest federal courthouse.

Additionally, attorneys will look at the difference in statutes of limitations. If a plaintiff has missed a filing deadline in state court, the case will be filed in federal court so long as the statute of limitations is longer there. This will only be the case for federal question cases, however, because the federal court must use the state court's statue of limitations for all cases brought under diversity jurisdiction.

In addition, lawyers and attorneys are most often very well versed in the different types of judges and juries that can be found in state and federal courts. Oftentimes, attorneys may think that federal judges may be more forgiving of a plaintiff than a state court judge, or vice-versa. Jury panels can also differ in their views dramatically based upon whether it is a state or federal court. This occurs because federal jury panels are selected from a much wider geographic area than are state court jury panels.

| 94 | 74.4K | 22 | 155 |

### Next Steps

Contact a qualified attorney to help you navigate the challenges presented by litigation.

(http://lawyers.findlaw.com/lawyer/state.jsp) (e.g., Chicago, IL or 60611)

Find Lawyers

### Help Me Find a Do-It-Yourself Solution

- Civil Action Forms (http://www.uslegalforms.com/findlaw/civilactions/)
- Small Claims Forms (http://www.uslegalforms.com/findlaw/smallclaims/)

Case 4:16-cv-00629-CVE-fhm   Document 1 Filed in USDC ND/OK on 10/06/16   Page 8 of 16

- Sample Demand Letters (http://www.uslegalforms.com/prodpages/US-0388LTR.htm%7Cfdlaw)

**LEARN MORE ABOUT**   Legal Topics (http://public.findlaw.com/moretopics.html) / State Laws (http://statelaws.findlaw.com/) / Blogs (http://legalblogs.findlaw.com/) / FindLaw RSS Feeds (http://findlaw.com/rss-index/) / Sitemap (http://www.findlaw.com/toc.html) / Geography Sitemap (http://company.findlaw.com/geo.html) / FindLaw En Español (http://espanol.findlaw.com) / LawBrain (http://www.lawbrain.com) / LawInfo (http://www.lawinfo.com)

**FIND A LAWYER**   Browse by Location (http://lawyers.findlaw.com/lawyer/state.jsp) / Browse by Legal Issue (http://lawyers.findlaw.com/lawyer/practice.jsp) / Browse by Law Firm & Lawyer Profile (http://pview.findlaw.com)

**FIND ANSWERS**   FindLaw Answers (http://answers.findlaw.com) / Community Guidelines (http://company.findlaw.com/community-guidelines.html)

**GET LEGAL FORMS**   Visit our Legal Forms site (http://forms.findlaw.com)

**FOR LAWYERS**   Visit our professional site (http://lp.findlaw.com) / Edit your legal profile (http://pu.findlaw.com/) / Website development (http://www.lawyermarketing.com/services/websites/) / Advertise on our site (http://www.lawyermarketing.com/)

**ABOUT US**   Company History (http://company.findlaw.com/company_info.html) / Media (http://company.findlaw.com/media_relations.html) / Contact Us (http://company.findlaw.com/contacts.html) / Privacy (http://company.findlaw.com/privacy.html) / Terms (http://company.findlaw.com/terms.html) / Disclaimer (http://findlaw.com/info/disclaimer.html) / Advertising (http://company.findlaw.com/adkit/index.html) / Jobs (http://company.findlaw.com/jobs/)

**FIND US ON**

Copyright © 2016, Thomson Reuters. All rights reserved.

Case 4:16-cv-00629-CVE-fhm Document 1 Filed in USDC ND/OK on 10/06/16 Page 95 of 16



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

**FILED**

**SEP 2 1 2016**

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Plaintiff(s) _Lawrence Harris_

vs.

Case Number **16 CV - 605 TCK - PJC**

Defendant(s) _Gregory K frizzell_

## COMPLAINT

**A. Parties**

1) _Lawrence Harris_, is a citizen of _Oklahoma_
   (Plaintiff)                                      (State)

   who presently resides at _General dl Tulsa OK 74103_
   (mailing address if different from residence)

2) Defendant _Gregory K Frizzell_ is a citizen of _Tulsa Oklahoma_
   (Name of first defendant)                          (City, State)

   and is employed as _Judge_
   (Position and title, if any)

3) Defendant _Gregory K Frizzell_ is a citizen of _Tulsa Oklahoma_
   (Name of second defendant)                          (City, State)

   and is employed as _Chief Judge_
   (Position and title, if any)

*[You may attach additional pages (8½" x 11") to furnish the above information for additional defendants.]*

**B. Jurisdiction**

1) Jurisdiction is asserted pursuant to:

   _75,000_

**C. Nature of Case**

1) Briefly state the background of your case:

   _Fraud_

**D. Cause of Action**

I allege the following:

   1. _Fraud_

After The Ifp was granted

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

and

2. _____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

3. _____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

*[If necessary, you may attach additional pages (8½" x 11") to explain any allegation or to list additional supporting facts in the same format as above.]*

E. Request for Relief

I believe that I am entitled to the following relief:

15,000

_____
Original Signature of Plaintiff

General d l
Current Address

Tulsa                    OK        74103
City                         State       ZIP

_____
Telephone

Complaint                         2                         CV-05 (12/05

# Complaint

After The IFP was granted
and, a simple summons was sent
out The summon's wasn't even
Served yet. The Judge is
going off an motion That
i summitted around bout
That The 18 of The month
He isn't even denying
and IFP.

Complaint Sheet

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LAWRENCE HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-CV-519-GKF-TLW |
| | ) | |
| OKLAHOMA CITY BLUE, | ) | |
| HEAD COACH NATE TIBBETTS, and | ) | |
| ASSISTANT COACH DALE OSBORNE | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the court are the complaint, [Dkt. #1], and untitled motion, [Dkt. #5], of plaintiff Lawrence Harris ("Harris"). The court dismisses Harris's action *sua sponte* pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).

This case is the fifth in a series of lawsuits initiated by Harris against Oklahoma City's semi-professional NBA Development team—the Oklahoma City Blue (f/k/a the Tulsa 66ers). *See Harris v. Tulsa 66ers*, Civ. A. No. 14-cv-02765-BNB, 2014 WL 5356683 (D. Colo. Oct. 16, 2014) (dismissed for improper venue); *Harris v. Tulsa 66ers*, No. 13-CV-0699-CVE-PJC, 2013 WL 5964019 (N.D. Okla. Nov. 7, 2013) (dismissed for lack of subject matter jurisdiction), *aff'd*, 551 Fed. App'x 451 (10th Cir. 2014); *Harris v. PBC NBA DL, LLC*, No. 13-CV-655-PJC, 2013 WL 5637058 (N.D. Okla. Oct. 15, 2013) (same) ; *Harris v. PBC NBADL, LLC*, No. 10-CV-0782-CVE-FHM, 2011 WL 719619 (N.D. Okla. Feb. 22, 2011) (same), *aff'd*, 444 Fed. App'x 300 (10th Cir. 2011), *cert. denied*, 132 S.Ct. 2432 (2012). Harris alleges that defendants engaged in "harassment" and "false advertisement" after he unsuccessfully tried out for the team. [Dkt. #1, p. 1]. In his motion, Harris also asks the court to vacate a "[t]r[e]spass" placed on him by defendant Oklahoma City Blue. [Dkt. #5, pp. 1-2].

1

Under 28 U.S.C. § 1915(e)(2)(B)(i)-(ii), the court must dismiss a complaint filed *in forma pauperis* that "is frivolous or malicious; [or] fails to state a claim on which relief may be granted." *Chance v. Vandiver*, 620 Fed. App'x 678, 678 (10th Cir. 2015). "An action is frivolous if 'it lacks an arguable basis in either law or fact." *Id.* (quoting *Neitzke v. Williams*, 490 U.S. 319, 325 (1989)). "An action fails to state a claim if the claim is not plausible. In other words, the claim must contain enough evidence that discovery might suggest an evidentiary basis for the claim." *Chance*, 620 Fed. App'x at 679.

Harris fails both standards. The complaint fails to identify: the statutory or common law basis for Harris's claims; the elements of those claims; how the defendants' conduct satisfies those elements; the specific conduct complained of; actions that could plausibly constitute harassment; or any allegations related to false advertising whatsoever. Worse still, Harris's motion is difficult to comprehend. He argues that Oklahoma City Blue "issue[d] [t]r[e]spass on me come that [I] [ ] am asking that that be vacated." [Dkt. #5, p.1]. But Harris never explains what the alleged "tr[e]spass" is, from what jurisdiction it issued, or on what basis this court could vacate it. To the extent such "trespass" refers to a state court restraining order, "[i]t is well settled that a [f]ederal court lacks jurisdiction to vacate or set aside judgments of state courts." *See Jones v. Medlock*, 180 F.2d 658, 661-62 (10th Cir. 1950).

"[B]y filing multiple actions against the same defendants on the same grounds with correcting [ ] procedural and substantive errors . . . it is apparent [that Harris] is frivolously re-attempting to obtain a favorable result . . . despite his repeated lack of success." *Jackson v. Enforcer of Constitutional Policy*, 412 Fed. App'x 181, 184 (10th Cir. 2011). Section 1915(e)(2)(B) addresses itself to this very problem and "is designed largely to discourage the filing of, and waste of judicial and private resources upon, baseless lawsuits." *See Neitzke v.*

2

Lawrence Harris P LAINTIFF

FILED

SEP 12 2016

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

— Vs —

Case
16 - CV - 519 GKF-TLW

Oklahoma City Blue Defendant

## MOTION

I am asking as a motion go's

To be put on The Team

They have an issue like Trasspass ⟶

on me Come That iam asking

That That be Vacated removed Come

The. fact That i did have a Case

against Them back in 2013

I was given there
attorney's Number
and Then was sent
out of There office Then
Come i did a have issues
with Them Then i Feel
That i should have
never been TrassPassed

Thank You

*Lawrence Harris*

General delivery

Tulsa ok 74103